

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br><br>DAVID A DIGIROLAMO,<br>    Debtor | Ch. 13<br>20-12425-JEB |

### Order of Dismissal

Due to the failure of the Debtor to comply with the Court's Order of December 24, 2020, and the Debtor having failed to file timely the Attorney Disclosure Statement, Chapter 13 Plan, Schedules A/B-J, Declaration About and Individual Debtor's Schedules, Statement of Financial Affairs, Summary of Assets and Liabilities, Chapter 13 Agreement, and Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1, it is hereby ordered that the above-entitled case be and hereby is <u>dismissed</u>.

Dated: 1/29/2021

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge